



ACCEPTED
04-14-00363-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/5/2015 2:39:06 PM
KEITH HOTTLE
CLERK

January 5, 2014

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

01/5/2015 2:39:06 PM

KEITH E. HOTTLE
Clerk

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, suite 3200
San Antonio, Texas 78205-3037

**Re:     Appellee's Counsel's Vacation Notice- 2014-CI-05341**

TO THE HONORABLE COURT:

Please accept this advisory as notification that counsel for Appellee, Dana D. Mohammadi, will be out of the office on vacation and unavailable for matters related to this matter, such as oral arguments and hearings, the following dates:

- March 9, 2015- March 13, 2015.

Appellee respectfully requests that no oral arguments, hearings, or other matters be scheduled during this time.

Respectfully,

The Equal Justice Center,

By: /s/ Philip J. Moss
Philip J. Moss
Staff Attorney
(210) 308-6222 x102

510 South Congress Avenue, Suite 206   Austin, Texas 78704   tel 512.474.0007   fax 512.474.2008
6609 Blanco Road, Suite 260, San Antonio TX 78216   tel 210.308.6222   fax 210.308.6223
1801 North Lamar Street, Suite 325, Dallas, Texas 75202   tel 469.203.2150   fax 469.629.5045
www.equaljusticecenter.org     **Justice at work**